IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AFLAWED GOODSOUL,

    Plaintiff,

v.

ICANN,

    Defendant.

ORDER

Case No. 19-cv-828-jdp

---

AFLAWED GOODSOUL,

    Plaintiff,

v.

THE STATE OF WISCONSIN,

    Defendant.

ORDER

Case No. 19-cv-844-jdp

---

Plaintiff AFlawed GoodSoul has filed two proposed civil complaints. Plaintiff seeks to commence these lawsuits without prepayment of the filing fees pursuant to 28 U.S.C. § 1915.

From the affidavits of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing these actions or to give security therefor.

ORDER

IT IS ORDERED that:

1. Plaintiff AFlawed GoodSoul's petitions for leave to proceed without prepayment of fees are GRANTED.

2. No further action will be taken in these cases until the court has screened each complaint pursuant to 28 U.S.C. § 1915 to determine whether each case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks

monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 10th day of October, 2019.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge