IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AFLAWED GOODSOUL,

    Plaintiff,

  v.

Case No. 19-cv-828-jdp

ICANN,

    Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | 11/12/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |